STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV. 6791     AND FILED ON     7/30/2008

| | |
|---|---|
| JACQUELINE ROLANDELLI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| INTELLIGENT SEARCH TECHNOLOGY, LTD., ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___8/7/2008___ at ___2:25PM___, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: RICHARD WAGNER     (herein called recipient)
                                  therein named.
At Location: 445 HAMILTON AVENUE, SUITE 608

WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__    Color of Skin __WH__    Color of Hair __BROWN__
Age __35/40__    Height __6'2"__    Weight __200__
Other Features                __GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on ___8/8/2008___

*[signature]*
GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

*[signature]*
John Axelrod
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV. 6791          AND FILED ON          7/30/2008

| | |
|---|---|
| JACQUELINE ROLANDELLI<br><br>Vs.<br><br>INTELLIGENT SEARCH TECHNOLOGY, LTD., ET.AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  8/7/2008  at  2:25PM , deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT

Party Served:  INTELLIGENT SEARCH TECHNOLOGY, LTD.          (herein called recipient) therein named.

At Location:  445 HAMILTON AVENUE, SUITE 608
              WHITE PLAINS NY

By delivering to and leaving with  RICHARD WAGNER  and that deponent knew the person so served to be the  VICE-PRESIDENT  of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M         Color of Skin: WH         Color of Hair: BROWN
Age: 35/40     Height: 6'2"
Weight: 200                Other Features: GLASSES

Sworn to before me on  8/8/2008

_____          _____
(signature)                         John Axelrod
                                    Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010