STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV. 6791          AND FILED ON          7/30/2008

JACQUELINE ROLANDELLI                                                                 Plaintiff(s)/Petitioner(s)

Vs.

INTELLIGENT SEARCH TECHNOLOGY, LTD., ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                     )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____8/7/2008_____ at _____2:25PM_____, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS AND COMPLAINT                                                (herein called
recipient)       RICHARD WAGNER
                                                                                      therein named.
At Location:     445 HAMILTON AVENUE, SUITE 608

                 WHITE PLAINS NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    M      Color of Skin    WH      Color of Hair          BROWN
Age   35/40   Height           6'2"    Weight                 200
              Other Features                                  GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on    8/8/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV. 6791    AND FILED ON    7/30/2008

| JACQUELINE ROLANDELLI | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| INTELLIGENT SEARCH TECHNOLOGY, LTD., ET.AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK    )
                                         ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/7/2008 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: INTELLIGENT SEARCH TECHNOLOGY, LTD.    (herein called recipient) therein named.

At Location: 445 HAMILTON AVENUE, SUITE 608
WHITE PLAINS NY

By delivering to and leaving with RICHARD WAGNER and that deponent knew the person so served to be the VICE-PRESIDENT of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: BROWN
Age: 35/40    Height: 6'2"
Weight: 200    Other Features: GLASSES

Sworn to before me on 8/8/2008

_____    _____
                                                              John Axelrod
                                                              Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010