UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Counsel for Defendants:
    Joseph A. Saccomano (JS 7504 )
    Susanne Kantor (SK 8278)

-----------------------------------------------------------------------X
JACQUELINE ROLANDELLI,              :

                    **Plaintiff,**    :    Civ. No. 08 cv 6791 (KMK)

- against –

INTELLIGENT SEARCH TECHNOLOGY, LTD.,
And RICHARD WAGNER, Individually,

                    **Defendants.**
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

        Please enter the appearance of Joseph A. Saccomano, Jr., Esq. and Susanne Kantor, Esq., as attorneys for Defendants Intelligent Search Technology, Ltd and Richard Wagner, Individually in this action.

        Joseph A. Saccomano, Jr. (JS 7504)
        Susanne Kantor (SK 8278)
        Jackson Lewis, LLP
        One North Broadway, Suite 1502
        White Plains, New York 10601

        Respectfully submitted,

        JACKSON LEWIS LLP
        One North Broadway, Suite 1502
        White Plains, New York 10601
        (914) 328-0404

Dated: August 22, 2008        By: _____
        White Plains, New York             Joseph A. Saccomano, Jr. (JS 7504)
                                              Susanne Kantor (SK 8278)
                                              ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JACQUELINE ROLANDELLI,                            :
                                                  :   Civ. No. 08 cv 6791 (KMK)
                    Plaintiff,                    :
                                                  :
    - against –                                   :
                                                  :
INTELLIGENT SEARCH TECHNOLOGY, LTD.,              :
And RICHARD WAGNER, Individually,                 :
                                                  :
                    Defendants.                   :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been electronically filed and served via U.S. Mail, First Class this 22nd day of August, 2008 on:

Jonathan Lovett (4854)
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401
*Counsel for Plaintiff*

_____
Susanne Kantor