UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, Suite 1502
White Plains, New York   10601
(914) 328-0404
Counsel for Defendants:
    Joseph A. Saccomano (JS 7504 )
    Susanne Kantor (SK 8278)

---------------------------------------------------------------------X
JACQUELINE ROLANDELLI,                  :
                                                                :      Civ. No. 08 cv 6791 (KMK)
                            Plaintiff,          :
                                                                 :
    - against –                                        :
                                                                 :
INTELLIGENT SEARCH TECHNOLOGY, LTD.,  :
And RICHARD WAGNER, Individually,
                                                                  :
                                   Defendants.   :
---------------------------------------------------------------------X

## FED. R. CIV. P. 7.1 CERTIFICATION

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Intelligent Search Technology, Ltd. certifies that Defendant does not have corporate parents, subsidiaries or affiliates, and is not publically traded.

                                   JACKSON LEWIS LLP
                                   One North Broadway, Suite 1502
                                   White Plains, New York 10601
                                   (914) 328-0404

                    BY: _____
                           Joseph A. Saccomano, Jr. (JS 7504)
                           Susanne Kantor (SK 8278)

                           ATTORNEYS FOR DEFENDANTS

Dated: August 22, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
JACQUELINE ROLANDELLI,                          :
                                                :     Civ. No. 08 cv 6791 (KMK)
                      Plaintiff,                :
                                                :
       - against –                              :
                                                :
INTELLIGENT SEARCH TECHNOLOGY, LTD.,            :
And RICHARD WAGNER, Individually,               :
                                                :
                      Defendants.               :
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Rule 7.1 Certification has been electronically filed and served via First Class mail, postage pre-paid, on 22nd day of August, 2008 to Plaintiff's counsel of record:

> Jonathan Lovett (4854)
> Lovett & Gould, LLP
> 222 Bloomingdale Road
> White Plains, New York 10605
> (914) 428-8401
> *Counsel for Plaintiff*

_____
Susanne Kantor